FILED
CLERK, U.S. DISTRICT COURT

12/08/2014

CENTRAL DISTRICT OF CALIFORNIA
BY: ___C. Wynn___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BRUCE DAVID KOKLICH,            )  Case No. CV 09-1648 SVW (JCG)
                                )
            Petitioner,         )  JUDGMENT
                                )
     v.                         )
                                )
JAMES YATES, Warden,            )
                                )
            Respondent.         )
_____)

    IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: December 8, 2014

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE